UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA L. BATTLE,

        Plaintiff,

v.

        E.D. Mich. No. 2:13-cv-10680
        Hon. Patrick J. Duggan

THE BOARD OF HOSPITAL MANAGERS
OF HURLEY MEDICAL CENTER and/or
HURLEY HOSPITAL and/or HURLEY
MEDICAL CENTER, MARY OSIKA,

        Defendants.
_____/

**GAFKAY & GARDNER, PLC**
By:  JULIE A. GAFKAY (P-53680)
Attorney for Plaintiff
175 S. Main Street
Frankenmuth, Michigan  48734
(989) 652-9240

**THE WILLIAMS FIRM, P.C.**
By:  JOAN N. PIERSON (P-43571)
Attorneys for Defendants
8263 S. Saginaw St., Ste. 6
Grand Blanc, Michigan  48439
(810) 695-7777
_____/

## ORDER FOR DISMISSAL

At a session of said Court,
held this March 19, 2013.

**PRESENT:  THE HONORABLE PATRICK J. DUGGAN**

       **IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without costs to any party.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: March 19, 2013
I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, March 19, 2013, by electronic and or ordinary mail.

       s/Marilyn Orem
       Case Manager